VICTORIA E. O'NEILL ET AL. *v*. CAROLINA FREIGHT
CARRIERS CORPORATION

The motion by the defendant for a review of the trial court's denial of a stay of injunction pending the appeal from the Superior Court in Hartford County is denied.

*William W. Sprague* and *John R. FitzGerald,* in support of the motion.

*Norris L. O'Neill,* in opposition.

Submitted April 19—decided May 10, 1967

LAETITIA N. CORBIN *v.* HOWARD J. CORBIN

The motion by the defendant to vacate the allowance of the counsel fee in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John N. Cole,* in support of the motion.

*Alan H. Nevas,* in opposition.

Submitted April 19—decided May 23, 1967

THE UNION AND NEW HAVEN TRUST COMPANY,
TRUSTEE (ESTATE OF GEORGE E. MATTHIES)
*v.* KATHARINE MATTHIES ET AL.

The motion by the named defendant for relief in three alternatives filed April 20, 1967, is denied in toto.

*Charles J. Parker,* in support of the motion.